Helen Ayresman, administratrix of estate of Loren V. Ayresman, deceased, appellee, v. Wabash Railway Company, appellant.

Action under Federal Employers' Liability Act for death while employed as fireman on an interstate train. Judgment for plaintiff. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1920. Reversed with finding of fact. Opinion filed October 27, 1920. *Certiorari* denied by Supreme Court (making opinion final).

Cloud & Thompson, for appellant. Phillips & Middleton and Frank Lindley, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Cleveland, Cincinnati, Chicago & St. Louis Railway Company, appellee, v. Joseph H. Weinstein and Ed. Walters, trading as Weinstein & Walters, appellants.

Assumpsit for rent of premises occupied by defendants under a written lease. Judgment for plaintiff. Appeal from the Circuit Court of Montgomery county; the Hon. Thomas E. Ford, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

J. D. Wilson, for appellants; Lane, Dryer & Brown, of counsel. George B. Gillespie, for appellee; Frank H. Littleton, Hill & Bullington and George M. Gillespie, of counsel.

Mr. Justice Eldredge delivered the opinion of the court.

---

Charles F. Douglass, appellant, v. John Chittick, appellee.

Assumpsit to recover for services rendered in procuring a purchaser for defendant's farm. Judgment for plaintiff. Appeal from the Circuit Court of Cass county; the Hon. Harry Higbee, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

John G. Friedmeyer and Oscar J. Putting, for appellant. A. A. Leeper and C. Æ. Martin, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.

---

Roy Stutzman, appellee, v. Edward Mangan, appellant.

Action for commissions due for procuring a purchaser for defendant's farm. Judgment for plaintiff. Appeal from the Circuit Court of Ford county; the Hon. T. M. Harris, Judge, presiding. Heard in this court at the April term, 1920. Affirmed. Opinion filed October 27, 1920.

S. Ludlow, for appellant; Cloud & Thompson, of counsel. Schneider & Schneider, for appellee.

Mr. Justice Eldredge delivered the opinion of the court.